IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BAIDEN : CIVIL ACTION
   v. :
: No. 12-5408
NCO FINANCIAL SYSTEMS, INC. :

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for

ARBITRATION at 9:30 am on Wednesday, March 27, 2013, has been cancelled.

                                      Michael E. Kunz
                                      Clerk of Court


                                      By: /s/Janet Vecchione
                                      Janet Vecchione
                                      Deputy Clerk
                                      Phone:267-299-7074

Date:February 20, 2013

Copies:      Courtroom Deputy to Judge Petrese B. Tucker
              Docket Clerk - Case File

              Counsel

ARBCAN.FRM